Lafayette Parish
Filed Mar 16, 2022 1:10 PM
Simone Vaughan
Deputy Clerk of Court

C-20221356
C

| | |
|---|---|
| CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET | 15TH JUDICIAL DISTRICT COURT |
| | DOCKET NO. |
| VERSUS | |
| SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, WEST NEPTUNE, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY, LLC d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY | PARISH OF LAFAYETTE |
| | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, CHERYL CROCHET, a person of the full age of majority and resident of Vermilion Parish, Louisiana, who is the widow and beneficiary of the decedent, CHRISTOPHER CROCHET, and ALEXANDRIA CROCHET a person of the full age of majority and resident of Vermilion Parish, Louisiana, who is the biological daughter and beneficiary of the decedent, CHRISTOPHER CROCHET, who with respect represent:

1.

Made Defendants herein are:

A. SEADRILL AMERICAS, INC., a foreign corporation licensed to do and doing business in the State of Louisiana which at all times pertinent hereto was the owner of the vessel *WEST NEPTUNE*; and, by reason and belief, at all pertinent times herein, decedent's Jones Act employer;

B. ABC INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of SEADRILL AMERICAS, INC.;

C. *WEST NEPTUNE*, a vessel which was owned and/or operated SEADRILL AMERICAS, INC. and at all pertinent times herein was a vessel in navigable waters;

D. FRANK'S INTERNATIONAL, LLC, a foreign corporation licensed to do and doing business within the Parish of Lafayette, State of Louisiana, which at all times herein by reason and belief was decedent's Jones Act employer;

E. DEF INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of FRANK'S INTERNATIONAL, LLC;

F. LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana which at all times pertinent hereto was the operator of the vessel *WEST NEPTUNE;* and, at all pertinent times herein, decedent's Jones Act employer; and,

EXHIBIT A

  G. XYZ INSURANCE COMPANY, a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities of LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC.

2.

The accident that is the subject of this lawsuit occurred both upon the high seas and in the navigable waters of the U.S.A. off the coast of Louisiana aboard the marine vessel *WEST NEPTUNE*.

3.

At all times material hereto, including the date of his death, on or about March 18, 2021 decedent, CHRISTOPHER CROCHET, was an adult male who is survived by his wife, Cheryl Crochet, and biological daughter, Alexandria Crochet.

4.

On or about March 18, 2021, decedent, CHRISTOPHER CROCHET, was a Jones Act seaman employed by Franks Oilfield Services, LLC, and, by information and belief, was the Jones Act employee of SEADRILL AMERICAS and/or LLOG EXPLORATION COMPANY, LLC and/or LLOG BLUEWATER HOLDINGS, LLC, assigned to the motor vessel *WEST NEPTUNE*, which was operating in navigable waters of the United States in the Gulf of Mexico off the coast of Louisiana.

5.

On or about March 18, 2021, decedent, CHRISTOPHER CROCHET, died of a heart attack when Defendants' employees and other supervisors employed by defendants, failed to provide CROCHET with medical treatment despite hours and hours of having knowledge of CROCHET's deteriorating medical condition and CROCHET's multiple requests for same.

6.

Plaintiff suffered for hours with the symptoms which defendants knew or should have known was evidence of cardiac distress, for which he requested immediate and urgent medical assistance which was denied to him. After suffering for hours and having reported his rapidly deteriorating medical condition to the crew of the *WEST NEPTUNE*, defendants' inaction caused the plaintiff to die of cardiac arrest as no first aid was administered nor was any action taken whatsoever to transport Mr. Crochet to a medical facility for treatment of his condition.

7.

As a Jones Act seaman, petition has a right to pursue all of his claims in state court pursuant to the Savings to Suitors Clause, 28 U.S.C. § 1333. Further, plaintiff brings this claim pursuant to the law of admiralty, and exercises any and all rights available to petitioner under state law and, in the alternative, the LHWCA.

8.

The above described incident resulted solely from the fault and/or negligence of Defendant, SEADRILL AMERICAS, INC., in the following non-exclusive particulars:

A. In failing to provide a safe workplace on the *M/V WEST NEPTUNE*;

B. Failure to maintain the *M/V WEST NEPTUNE* in a safe and prudent fashion

C. Failure to train employees and workers to work on the *M/V WEST NEPTUNE* in a safe and prudent manner;

D. In failing to provide medical care;

E. In failing to have proper medical personnel available for contract workers upon its platforms;

F. In disregarding rules and regulations created for the safety of employees working on said platform.

9.

The above described incident resulted solely from the fault and/or negligence of Defendant, FRANK'S INTERNATIONAL, LLC, in the following non-exclusive particulars:

A. In failing to provide a safe workplace on the *M/V WEST NEPTUNE*;

B. Failure to maintain the *M/V WEST NEPTUNE* in a safe and prudent fashion

C. Failure to train employees and workers to work on the *M/V WEST NEPTUNE* in a safe and prudent manner;

D. In failing to provide medical care;

E. In failing to have proper medical personnel available for contract workers upon its platforms;

F. In disregarding rules and regulations created for the safety of employees working on said platform.

10.

The above described incident resulted solely from the fault and/or negligence of Defendant, LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, in the following non-exclusive particulars:

A. In failing to provide a safe workplace on the *M/V WEST NEPTUNE*;

B. Failure to maintain the *M/V WEST NEPTUNE* in a safe and prudent fashion

C. Failure to train employees and workers to work on the *M/V WEST NEPTUNE* in a safe and prudent manner;

D. In failing to provide medical care;

E. In failing to have proper medical personnel available for contract workers upon its platforms;

F. In disregarding rules and regulations created for the safety of employees working on said platform.

11.

Plaintiffs, as the representatives of the decedent's estate, assert a survival action under LSA-CC Art. 2315.1, for pre-death damages including:

A.  Pain;

B.  Physical suffering;

C.  Mental anguish;

D.  Emotional suffering;

E.  Funeral expenses for the burial of Christopher Crochet; and,

F.  Other damages allowed by Louisiana and federal law.

12.

Plaintiffs, as the representatives of the decedent's estate, further assert individual wrongful death actions under LSA-CC Art. 2315.2, for loss of:

A.  Love;

B.  Affection;

C.  Society;

D.  Companionship;

E.  Consortium; and,

F.  Loss of inheritance

G.  Other recoverable damages by Louisiana and federal law.

13.

Alternatively, petitioner asserts all claims for damages and allegations of negligence listed above under Louisiana state law, 33 U.S.C. 905(b), and/or any other applicable state or federal law.

WHEREFORE, Petitioners, CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET as the representatives of the decedent's estate, pray that a certified copy of this Petition be served upon Defendants, SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, *WEST NEPTUNE*, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY, and that after due proceedings are had there be judgment herein in favor of Petitioner, CHERYL CROCHET and ALEXANDRIA CROCHET, individually and on behalf of decedent, CHRISTOPHER CROCHET as the representatives of the decedent's estate and against Defendants, SEADRILL AMERICAS, INC., ABC INSURANCE COMPANY, *WEST NEPTUNE*, FRANK'S INTERNATIONAL, LLC, DEF INSURANCE COMPANY, LLOG EXPLORATION COMPANY d/b/a LLOG BLUEWATER HOLDINGS, LLC, and XYZ INSURANCE COMPANY, jointly, severally and *in solido* in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully submitted,

BROUSSARD & DAVID, LLC

_____
JEROME H. MOROUX (#32666)
SCOTT M. RICHARD (#36643)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
PH: 337-233-2323
FX: 337-233-2353
EMAIL: jerome@broussard-david.com
EMAIL: scott@broussard-david.com
COUNSEL FOR PLAINTIFFS

*(service info on page 6 of 6)*

**PLEASE SERVE:**

SEADRILL AMERICAS, INC.
*Through Registered Agent for Service:*
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

*WEST NEPTUNE*
*Through Registered Agent for Service for SEADRILL AMERICAS, INC.:*
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, LA 70816

FRANK'S INTERNATIONAL, LLC
*Through Registered Agent for Service:*
CORPORATION SERVICE COMPANY
501 Louisiana Avenue
Baton Rouge, LA 70802

LLOG EXPLORATION COMPANY, LLC
*Through Registered Agent for Service:*
KIMBERLIA K. DUCOTE
1001 Ochsner Boulevard, Suite 100
Covington, LA 70433

LLOG BLUEWATER HOLDINGS, LLC
*Through Registered Agent for Service:*
KIMBERLIA K. DUCOTE
1001 Ochsner Boulevard, Suite 100
Covington, LA 70433